RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 0 4 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

SCOTT MARTEL (01),

            Defendant
_____/

18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

6:26-cr-00095-01
Judge Hicks
Magistrate Judge Ayo

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### Receipt of Child Pornography
[18 U.S.C. § 2252A(a)(2)]

On or about January 31, 2026, in the Western District of Louisiana, the defendant,

**SCOTT MARTEL,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT 2
### Possession of Child Pornography
[18 U.S.C. § 2252A(a)(5)(B)]

On or about January 31, 2026, in the Western District of Louisiana, the defendant,

### SCOTT MARTEL

did knowingly possess material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that has been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252A(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve (12) years of age.

### FORFEITURE NOTICE

A.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property to which the defendant, **SCOTT MARTEL**, has an interest.

B.    Pursuant to Title 18, United States Code, Section 2253, upon conviction of a violation of Title 18, United States Code, Section 2252A, as alleged in this Indictment, the defendant shall forfeit to the United States of America:

1.  Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

2.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3.  Any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property.

C.    The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, to the following:

1.)  Black iPhone 14, serial number FVXK02J32M.

[Remainder of Page Intentionally Left Blank]

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

*REDACTED*

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

ELLIOTT CASSIDY
ASSISTANT UNITED STATES ATTORNEY